FILED
January 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003226923

# RELIEF FROM STAY SUMMARY SHEET

\* \* \*   INSTRUCTIONS ON FORM EDC 3-468-INST   \* \* \*

*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.

**DEBTOR:** CURT DOWHOWER & WENDY CORDER-DOWHOWER   **CASE NO.** 10-51390-D-7

**MOVANT:** WELLS FARGO BANK, N.A.   **DC NO.** APN-1

**HEARING DATE/TIME:** March 2, 2011 10:00 am

**RELIEF IS SOUGHT AS TO:**

(✔) REAL PROPERTY   Assessor Parcel Number (APN): 543-0439-130

( ) PERSONAL PROPERTY   If applicable, Vehicle Identification Number (VIN): ____

( ) STATE COURT LITIGATION

1. Address OR description of property or state court action: 5913 TAN OAK DRIVE, FREMONT, CA 94555

2. Movant's trust deed is a   (✔) 1st   ( ) 2nd   ( ) 3rd   ( ) Other: ____
   OR
   Leased property is   ( ) Residential   ( ) Non-residential   Term: ( ) Month-to-Month   ( ) Other

3. Verified appraisal filed?   No    Movant's valuation of property:   $ 400,000.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 500,000.00 | $ 18,836.44 | $ | $ 518,836.44 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.

   First Trust Deed= Wells Fargo Bank, N.A.                          $ 518,836.44
   Second Trust Deed= Wells Fargo Bank, N.A.                         $ 82,302.01
   Third Trust Deed= West Coast Fence Inc.                           $ 75,000.00
                                            **TOTAL ALL LIENS**      $ 676,138.45
                                            **DEBTOR'S EQUITY**      $ -276,138.45

6. Monthly payment is $ variable , of which $ ____ is for impound account. Monthly late charge is $ ____ .

7. The last payment by debtor was received on 1/7/2010 and was applied to the payment due 1/1/2010 .

8. Number of payments past due and amount: (a) Pre-petition 10   $ 15,271.04   (b) Post-petition 2   $ 2,916.30 .

9. Notice of Default was recorded on N/A .   Notice of sale was published on N/A .

10. If a chapter 13 case, in what class is this claim? ____

11. Grounds for seeking relief (check as applicable):

    (✔) § 362(d)(1)      (✔) § 362(d)(2)      ( ) § 362(d)(3)      ( ) § 362(d)(4)

    (✔) Cause   (✔) Inadequate protection   (✔) Lack of equity   ( ) Lack of insurance   (✔) Bad faith

    (✔) Surrendered pursuant to Statement of Intention.   ( ) Report of No Distribution has been filed.

    (✔) Other  Debtor will become due again on February 1, 2011 .

12. For each ground checked in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.

    Debtor is delinquent in his monthly payments to Secured Creditor, therefore Secured Creditor is not receiving adequate protection for Debtor's obligation to it.

    When the fair market value of $400,000.00 is compared to the $676,138.45 in total liens against the property, it is obvious Debtor has no equity.

EDC 3-468 (Rev. 11/10)